IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> BERNADETTE C RAINES, <br><br>   Debtor, <br><br> REGIONAL ACCEPTANCE CORPORATION, <br><br>   Movant, <br><br>   v. <br><br> BERNADETTE C RAINES, and KENNETH E. WEST, Trustee, <br>   Respondents. | Bankruptcy No. 23-11627-pmm <br><br> Chapter 13 <br><br> Document No. |

## ORDER OF COURT

AND NOW, this 17th day of October, 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation in the 2015 Kia Optima Sedan 4D LX, VIN# 5XXGM4A7XFG484773.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge