# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| BERNADETTE C RAINES, | : | |
| | : | Case No. 23-11627-PMM |
| Debtor. | : | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

BERNADETTE C RAINES (the "Debtor"), by and through their undersigned counsel, hereby submits this Response to the Motion of Diane G. Morris (the "Movant") for Relief from the Automatic Stay (the "Motion"), and in support thereof respectfully states the following:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied. By way of further response, the Debtor has filed a plan in good faith pursuant to 11 U.S.C. § 1325(a)(3) and is confirmable pursuant to 11 U.S.C. §§ 1325(a)(4) and 1325(a)(5).

14. Denied.

15. Denied.

16. Denied.

17. Denied. It is specifically denied that either (a) cause exists warranting relief from the automatic stay; or (b) the Movant lacks adequate protection warranting relief from the automatic stay under 11 U.S.C. § 362(d).

18. Denied. It is specifically denied that the relief sought in the Motion will not hinder the Respondent's effective reorganization. By way of further response, relief from the automatic stay will directly and substantially impact the Debtor's ability to effectively reorganize.

Respectfully submitted,

Dated: October 20, 2023

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices
2 Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, Pennsylvania 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*