# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| BERNADETTE C RAINES, | : | |
| | : | Case No. 23-11627-PMM |
| Debtor. | : | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

DIANE G. MORRIS ("Creditor"), by and through her undersigned counsel, hereby submits this Response to the Motion of Bernadette C. Raines (the "Movant") for Motion to Partially Avoid Lien (the "Motion"), and in support thereof respectfully states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part; Denied in part. It is admitted that per the Debtor's schedules the property is valued at $145,620.00. It is denied that $145,620.00 is the true value. It is believed that the value is about $50,000.00 more base upon recent sales in the debtor's neighborhood. See exhibit "A"

5. Admitted

6. Admitted.

7. Admitted.

8. Admitted

9. Admitted.

10. Admitted

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

                           Respectfully submitted,

                           */s/ Lopez Thompson*

Lopez Thompson Esquire
3900 Ford Road, Suite 6
Philadelphia, Pennsylvania 19131
(215) 472-8529
lopezt215@aol.com

*Counsel to the Diane G. Morris*

Dated: November 2nd , 2023