Monday, October 30, 2023

# Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

## Public Record Comparable Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023 Snyder Ave | | | | 3 | 1 | 0 | 1,206 | | | |
| 2108 S Woodstock St | | $145,000 | | 3 | 1 | 0 | 1,064 | | | 08/16/2023 |
| 2051 Emily St | | $230,000 | | 3 | 1 | 0 | 942 | | | 08/07/2023 |
| 1916 Hoffman St | | $193,775 | | 3 | 1 | 0 | 840 | | | 08/17/2023 |
| 2025 S 22Nd St | | $170,000 | | 3 | 1 | 0 | 1,500 | | | 07/31/2023 |
| 2026 S Cleveland St | | $205,000 | | 3 | 1 | 0 | 1,020 | | | 08/09/2023 |
| 2039 S Cleveland St | | $135,000 | | 3 | 1 | 0 | 917 | | | 08/15/2023 |
| 1928 S 22Nd St | | $300,000 | | 3 | 1 | 0 | 1,350 | | | 07/01/2023 |
| 2005 S Cleveland St | | $350,000 | | 3 | 1 | 0 | 984 | | | 08/15/2023 |
| 1847 Hoffman St | | $145,000 | | 3 | 1 | 0 | 896 | | | 07/31/2023 |
| 2022 S Hemberger St | | $110,000 | | 3 | 1 | 0 | 1,040 | | | 08/17/2023 |
| 1934 S Bonsall St | | $190,000 | | 3 | 1 | 1 | 896 | | | 08/17/2023 |
| 2240 S 17Th St | | $250,000 | | 3 | 1 | 0 | 1,416 | | | 08/02/2023 |
| 2238 S 17Th St | | $425,000 | | 3 | 1 | 0 | 1,416 | | | 08/23/2023 |
| 1814 S 23Rd St | | $115,000 | | 3 | 1 | 0 | 1,430 | | | 06/19/2023 |
| 2307 S Bucknell St | | $117,000 | | 3 | 1 | 0 | 1,020 | | | 08/25/2023 |
| 1722 S 24Th St | | $135,000 | | 3 | 1 | 0 | 1,128 | | | 08/30/2023 |
| 2116 S Carlisle St | | $216,000 | | 3 | 1 | 0 | 1,050 | | | 08/25/2023 |
| 1624 S Chadwick St | | $418,000 | | 3 | 1 | 0 | 960 | | | 08/16/2023 |
| 2426 S Mole St | | $280,000 | | 3 | 1 | 0 | 1,040 | | | 08/24/2023 |
| 2344 S Carlisle St | | $225,000 | | 3 | 1 | 0 | 1,056 | | | 08/01/2023 |
| **Averages:** | | **$217,739** | | **3** | **1** | **0** | **1,098** | | | |

| | |
|---|---|
| Median of Comparable Listings: | $199,388 |
| Average of Comparable Listings: | $217,739 |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $110,000 | $199,388 | $217,739 | $425,000 | 20 |
| **Adjusted Comparable Price** | $110,000 | $199,388 | $217,739 | $425,000 | 20 |
| **DOM** | | | | | 0 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.



Monday, October 30, 2023

## CMA Map

This page displays the Map for the CMA Subject and your comparables.



2023 Snyder Ave

| | |
|---|---|
| 1 | 2108 S Woodstock St |
| 2 | 2051 Emily St |
| 3 | 1916 Hoffman St |
| 4 | 2025 S 22Nd St |
| 5 | 2026 S Cleveland St |
| 6 | 2039 S Cleveland St |
| 7 | 1928 S 22Nd St |
| 8 | 2005 S Cleveland St |
| 9 | 1847 Hoffman St |
| 10 | 2022 S Hemberger St |
| 11 | 1934 S Bonsall St |
| 12 | 2240 S 17Th St |
| 13 | 2238 S 17Th St |
| 14 | 1814 S 23Rd St |
| 15 | 2307 S Bucknell St |
| 16 | 1722 S 24Th St |
| 17 | 2116 S Carlisle St |
| 18 | 1624 S Chadwick St |
| 19 | 2426 S Mole St |
| 20 | 2344 S Carlisle St |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.